# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBA DIVISION

| | |
|---|---|
| DERRICK JERMAINE JORDAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:07-0063 |
| ) | Judge Trauger |
| CORRECTIONS CORPORATION OF AMERICA, ) | Magistrate Judge Griffin |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

On April 14, 2008, the Magistrate Judge issued a Report and Recommendation. (Docket No. 52) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Dismiss filed by defendants Marable, Tucker, and Rasson (Docket No. 21) is **GRANTED**, and these defendants are **DISMISSED WITHOUT PREJUDICE**. It is further **ORDERED** that the plaintiff's "Motion to Keep The Defendants Active" (Docket No. 35) is construed as a response to the Motion to Dismiss and is **DENIED**. It is further **ORDERED** that the request made by defendants Marable, Tucker and Rasson in their reply brief to strike the plaintiff's response is **DENIED**.

This case is sent back to the Magistrate Judge for further handling under the original referral Order.

It is so **ORDERED.**

Enter this 30th day of May 2008.

_____
ALETA A. TRAUGER
U.S. District Judge