# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBA DIVISION

| | |
|---|---|
| DERRICK JERMAINE JORDAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:07-0063 |
| ) | Judge Trauger |
| CORRECTIONS CORPORATION OF AMERICA,) | Magistrate Judge Griffin |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

On April 21, 2009, the magistrate judge issued a Report and Recommendation (Docket No. 90), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the motion for summary judgment filed by defendants Lisa Edwards and Harry Crist (Docket No. 78) is GRANTED, and this case is DISMISSED with prejudice. Any appeal will not be certified as taken in good faith under 28 USC §1915(a)(3).

It is so **ORDERED.**

Enter this 11th day of May 2009.

_____
ALETA A. TRAUGER
U.S. District Judge